United States Court of Appeals
Fifth Circuit

**F I L E D**

April 18, 2007

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 05-40938
Conference Calendar

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

FERMIN GONZALEZ-RAMIREZ,

                                        Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. 2:04-CR-657-4
--------------------

Before HIGGINBOTHAM, BENAVIDES, and PRADO, Circuit Judges.

PER CURIAM:[*]

     The attorney appointed to represent Fermin Gonzalez-Ramirez
(Gonzalez) has moved for leave to withdraw and has filed a brief
in accordance with Anders v. California, 386 U.S. 738 (1967).
Gonzalez has filed a response.  Our independent review of
counsel's brief, Gonzalez's response, and the record discloses no
nonfrivolous issue for appeal.  Accordingly, counsel's motion for
leave to withdraw is GRANTED, counsel is excused from further
responsibilities herein, and the APPEAL IS DISMISSED.  See 5TH
CIR. R. 42.2.

_____

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.